THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD McCUTCHEON, Appellant. Memorandum: The prosecutor's remarks during summation were not objected to at trial, and, therefore, are not preserved for our review (CPL 470.05 [2]; People v Williams, 46 NY2d 1070, 1071). Although the remarks denigrating defendant's case were improper, the summation did not operate to deprive defendant of a fair trial, and reversal in the interest of justice is not warranted (CPL 470.15 [3]; People v Hopkins, 58 NY2d 1079, 1083). (Appeal from judgment of Erie County Court, Dillon, J.—assault, second degree, and another offense.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOHDAN DONALD SWYSTUN, Appellant. Memorandum: The evidence adduced at the suppression hearing clearly establishes that the information conveyed to the police officer concerning attempts by defendant to cash a stolen check at a local department store was sufficiently trustworthy to establish probable cause for the officer to arrest defendant (CPL 140.10 [1] [b]; People v Brnja, 50 NY2d 366, 373). Thus, the court properly denied defendant's motion to suppress contraband found on his person as the product of an unlawful arrest.

We have examined defendant's other arguments and find them to be without merit. (Appeal from judgment of Monroe County Court, Mark, J.—criminal possession of forged instrument, second degree.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.